**NOT FOR PUBLICATION**                                                             **CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| GARY DODSON, | Civil Action No.: 08-232 (JLL) |
| Plaintiff, | |
| v. | |
| ARAMARK CORPORATION, | **ORDER** |
| Defendant. | |

**LINARES**, District Judge.

This matter comes before the Court by way of <u>pro se</u> Plaintiff Gary Dodson's filing of a complaint, along with an application to proceed <u>in forma pauperis</u>, pursuant to 28 U.S.C. § 1915. The Court has considered Plaintiff's affidavit of indigence, and notes the following:

1. Plaintiff indicates that he has received money from a life insurance policy within the past twelve months, in response to question number three, but fails to indicate the specific amount received.

2. Thus, Plaintiff's application to proceed <u>in forma pauperis</u> is incomplete.

Accordingly, **IT IS** on this **22nd day of January, 2008**,

**ORDERED** that Plaintiff's application to proceed <u>in forma pauperis</u> is denied without prejudice; and it is further

**ORDERED** that the Clerk of the Court shall supply to Plaintiff a blank form Application to Proceed <u>In Forma Pauperis</u>; and it is further

**ORDERED** that the Clerk of the Court shall administratively terminate this action, without the filing of the Complaint or assessing a filing fee; and it is further

**ORDERED** that if Plaintiff wishes to reopen this action, he shall so notify the Court, in writing, by **February 15, 2008**. Plaintiff's writing shall include either (1) a completed application to proceed in forma pauperis, including a completed affidavit of indigence, or (2) the $350.00 filing fee; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

**IT IS SO ORDERED.**

JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE